UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-cv-03959-SEB-DML |
| ) | |
| MUNCIE PETROLEUM INC, et al. ) | |
| ) | |
| Defendants. ) | |

## Report and Recommendation to Dismiss Complaint without Prejudice

On August 28, 2019, the court issued an order to show cause to the plaintiffs (Dkt. 22). The plaintiffs were ordered to show cause by September 4, 2019, why the complaint against defendant Muncie Petroleum Inc. should not be dismissed for failure to prosecute after a Clerk's entry of default was entered against defendant Muncie Petroleum Inc. On September 11, 2019, the court issued a separate order to show cause to the plaintiffs (Dkt. 23). The plaintiffs were ordered to show cause by September 25, 2019, why the complaint against defendant Amrinderjit Singh should not be dismissed because of their failure to serve defendant Singh within 90 days. To date, the plaintiffs have not responded to either order to show cause.

Because of plaintiffs' failure to comply with the court's orders and the Federal Rules of Civil Procedure, the Magistrate Judge recommends to the District Judge that the complaint be DISMISSED WITHOUT PREJUDICE. Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen

days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

    IT IS SO RECOMMENDED.

Date: 10/24/2019

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system